DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRETT STOKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2311

[October 30, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 11-9051CF10A.

Brett Stokes, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***